UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 25-8816-AH(DFMx) | Date | SEPTEMBER 29, 2025 |
|---|---|---|---|
| Title | Barbara Gomes Marques May v. Thomas Giles et al | | |

Present: The Honorable   ANNE HWANG, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marcelo Gondim | Daniel A. Beck, AUSA |

**Proceedings:** FURTHER HEARING RE: EX PARTE TEMPORARY RESTRAINING ORDER AS TO DETENTION FACILITY TRANSFER [3]

The case is called and counsel state their appearances. The Court and counsel confer. The Court has reviewed the opposition and the brief of petitioner.

Following oral argument, the Court advises counsel that the TRO is hereby denied without prejudice as stated on the record.

IT IS SO ORDERED.

cc: all parties

__ : 45